UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
MARTIN MITTELMARK, on behalf of :
himself and all others similarly situated, :
:
Plaintiff, :  **F.R.C.P. 41(a)(1)(A)(ii)**
:  **STIPULATION OF DISMISSAL**
- against - :  **WITH PREJUDICE**
:
MONRO, INC, :  Case No. 1:18-cv-00841-TJM-CFH
:
Defendants. :
------------------------------------------------------------ X

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their undersigned counsel of record, that the above-captioned action, having been amicably resolved, is voluntarily dismissed with prejudice against the Defendant Monro, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Pursuant to Local Rule 41.3, no party hereto is an infant or incompetent.

Dated:  July 10, 2019

                                                  DeNITTIS OSEFCHEN PRINCE, P.C.

By:  _/s/ Ross Schmierer_

Ross H. Schmierer, Esq. (RS 7215)
315 Madison Avenue, 3rd Floor
New York, New York 10017
(646) 979-3642
(856) 797-9978 (facsimile)
rschmierer@denittislaw.com

Attorneys for Plaintiff

4839-8274-0892.1

- 2 -

                                                      NIXON PEABODY LLP

By: _____
      Daniel J. Hurteau

677 Broadway, 10th Floor
Albany, New York 12207-2996
(518) 427-2650
(518) 427-2666 (facsimile)
dhurteau@nixonpeabody.com

Christopher M. Mason
NIXON PEABODY LLP
Tower 46
55 West 46th Street
New York, New York 10036-4120
(212) 940-3000
(212) 940-3111 (facsimile)
cmason@nixonpeabody.com

Attorneys for Defendant

IT IS SO ORDERED.
DATED:  July 11, 2019

_____
Thomas J. McAvoy
Senior, U.S. District Judge

- 2 -